| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Carson Shea SBN 694237 (MA)<br>Eckert Seamans Cherin & Mellott, LLC<br>2 International Pl 1600<br>Boston, MA 02110<br>ATTORNEY FOR   Plaintiff | (617) 512-5039 | |
| DISTRICT COURT, BOSTON<br>1 Courthouse Way Ste 2300<br>Boston, MA 2210 | | |
| SHORT TITLE OF CASE:<br>Saliogen Therapeutics, Inc. v. DNA Twopointo, Inc., et al. | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>1:21-CV-10525-JCB |
| **Proof of Service** | | Ref. No. or File No:<br>315699.00002 |

## United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to Fed.R.Civ.P4(I) and that I served:

**Summons in a Civil Action; Complaint;**

This Summons for: **DNA TwoPointO, Inc. d/b/a ATUM, by serving, Jeremy Minshull, agent for service of process**

I left the summons at: **37950 Central Ct,   Newark, CA 94560**

With **Renee Rice**, **Admin./Person Apparently in Charge**, a person of suitable age and discretion and in charge of the business at the time of service,

On Date: **4/12/2021**          At Time: **12:44 PM**

A declaration of diligence and/or mailing is attached if applicable.

Person attempting service:

  a. Name: **Jason M. Burke**
  b. I am a: **California Registered Process Server - Independent Contractor**, Registration: **#555**, County: **Alameda**
  c. Address: **D&R Legal Process Service, LLC. 39159 Paseo Padre Pkwy. # 112, Fremont, CA 94538**
  d. Telephone number: **510-797-9996**
  e. **The fee** for this service was: **$106.75**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*Jason M. Burke* (signature)

Jason M. Burke                                   Date: **04/12/2021**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Carson Shea SBN 694237 (MA)<br>Eckert Seamans Cherin & Mellott, LLC<br>2 International Pl 1600<br>Boston, MA 02110<br>ATTORNEY FOR  Plaintiff | (617) 512-5039 | |
| DISTRICT COURT, BOSTON<br>1 Courthouse Way Ste 2300<br>Boston, MA 2210 | | |
| SHORT TITLE OF CASE:<br>Saliogen Therapeutics, Inc. v. DNA Twopointo, Inc., et al. | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>1:21-CV-10525-JCB |
| **Proof of Service by Mail** | | Ref. No. or File No:<br>315699.00002 |

**FILE BY FAX**

I am a citizen of the United States and employed in the **County of Alameda** State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **04/12/2021** after substituted service was made, I served the within:

*Summons in a Civil Action; Complaint;*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Fremont**, **California**, addressed as follows:
DNA TwoPointO, Inc. d/b/a ATUM, by serving, Jeremy Minshull, agent for service of process
37950 Central Ct,   Newark, CA 94560

Person attempting service:

  a. Name: **Jason M. Burke**
  b. Address: **D&R Legal Process Service, LLC. 39159 Paseo Padre Pkwy. # 112, Fremont, CA 94538**
  c. Telephone number: **510-797-9996**
  d. **The fee** for this service was: **$106.75**
  e. I am:
  (3) [X] a **Registered California Process Server**:
      (i) [X] **Independent Contractor**
      (ii) Registration No.: **#555**
      (iii) County: **Alameda**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Jason M. Burke*                  Date: 04/12/2021

Proof of Service by Mail                Invoice #: 4435645-01