**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SALIOGEN THERAPEUTICS, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-10525-JCB |
| ) | |
| DNA TWOPOINTO INC., d/b/a ) | |
| ATUM, JEREMY MINSHULL, ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFF'S ASSENTED-TO MOTION TO ENLARGE TIME**
**TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff SalioGen Therapeutics, Inc. ("Plaintiff"), through the undersigned counsel, respectfully moves to enlarge the time, up to and including August 10, 2021, to file an opposition to the Motion to Dismiss the First Amended Complaint filed by Defendants DNA TwoPointO Inc. d/b/a ATUM and Jeremy Minshull ("Defendants") (collectively the "Parties"). In support of this motion, Plaintiff states the following:

1. On May 28, 2021, Defendants consented to Plaintiff filing an Amended Complaint.

2. On May 28, 2021, the Parties filed Defendants' Consent to Plaintiff's Filing of a First Amended Complaint and Joint Stipulation for Extension of Time for Defendants to File Their First Responsive Pleading. See ECF 29.

3. Pursuant to the filing, the Parties agreed to Plaintiff filing its First Amended Complaint by June 11, 2021, and Defendants filing their first responsive pleading by June 30, 2021.

4. On June 11, 2021, Plaintiff filed the First Amended Complaint. See ECF 30.

5. On June 30, 2021, the Parties filed a Joint Stipulation ("Joint Stipulation") for Extension of Time for Defendants to File Their First Responsive Pleading. See ECF 33.

6. Pursuant to the Joint Stipulation, the Parties agreed to extend Defendants' deadline to file their first responsive pleading from June 30, 2021 to July 6, 2021.

7. On July 1, 2021, the Court granted the Joint Stipulation. See ECF 34.

8. On July 6, 2021, Defendants filed Defendants' Motion to Dismiss the First Amended Complaint and accompanying Memorandum of Law, seeking the dismissal of Counts I-II, VI-XII, XIV, and XV of Plaintiff's First Amended Complaint. See ECF 35 and 36, respectively.

9. The current deadline for Plaintiff to oppose Defendants' Motion to Dismiss is July 20, 2021.

10. In light of the volume of arguments in Defendants' Motion to Dismiss and the number of counts of Plaintiff's First Amended Complaint at issue, Plaintiff respectfully moves to enlarge time to file an opposition to Defendants' Motion to Dismiss up to and including August 10, 2021.

11. Defendants have assented to this motion.

12. No party will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant Plaintiff's Assented-To Motion to Enlarge Time to File Opposition to Defendants' Motion to Dismiss;

2. Order that Plaintiff shall have up to and including August 10, 2021 to oppose Defendants' Motion to Dismiss; and

3. Enter any and all such other relief as the Court deems just.

>Respectfully submitted,
>
>Plaintiff,
>
>**SALIOGEN THERAPEUTICS, INC.**,
>
>By its attorneys,
>
>*/s/ Walter M. Foster*
>Walter M Foster (BBO #552197)
>Carson M. Shea (BBO #694237)
>Trevin C. Schmidt (BBO #703916)
>Edward C Flynn (admitted *pro hac vice*)
>Eckert Seamans Cherin & Mellott, LLC
>Two International Place, 16th Floor
>Boston, MA 02110-2602
>Tel:    (617) 342-6800
>Fax:    (617) 342-6899
>wfoster@eckertseamans.com
>cshea@eckertseamans.com
>tschmidt@eckertseamans.com
>eflynn@eckertseamans.com

Dated: July 16, 2021

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 16, 2021.

>/s/ *Walter M. Foster*
>Walter M. Foster