UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| SALIOGEN THERAPEUTICS, INC., | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) )  Case No. 1:21-cv-10525-JCB |
| DNA TWOPOINTO INC., d/b/a ATUM, JEREMY MINSHULL, | ) ) ) ) |
| *Defendants*. | ) ) ) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(3), DNA TwoPointO Inc. d/b/a ATUM ("ATUM") and Jeremy Minshull ("Minshull") (collectively "Defendants"), by and through counsel, hereby move for leave to file a reply in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint ("FAC"). Defendants believe that a reply is necessary to address new legal authority and factual arguments raised in Plaintiff's opposition as well as other points which may aid this Court in ruling on the Motion to Dismiss. Plaintiff does not oppose this request.

In furtherance of their request for leave to file a reply, Defendants state:

1.  On June 11, 2021, Plaintiff filed the FAC. *See* Dkt. No. 30.

2.  On July 6, 2021, Defendants filed a Motion to Dismiss Counts I-II, VI-XII, XIV, and XV of the FAC pursuant to Fed. R. Civ. P. 12(b)(6). *See* Dkt. No. 35, 36.

3.  On August 10, 2021, Plaintiff filed its Opposition to Defendants' Motion to Dismiss. *See* Dkt. No. 46.

4. On August 17, 2021, the parties met and conferred, at which time Plaintiff indicated that it does not oppose this request for leave to file a reply.

5. Defendants will keep the reply focused and succinct, and respectfully submit that the proposed reply is warranted as it will assist the Court in resolving a potentially dispositive motion with respect to Counts I-II, VI-XII, XIV, and XV.

6. A hearing on the Motion to Dismiss has not been set.

7. Plaintiff will not be prejudiced by the filing of a reply because resolution of these disputes is in the best interest of all parties.

**WHEREFORE**, Defendants respectfully request that the Court enter an Order granting this motion and allowing Defendants fourteen (14) days from the date of the Order granting this motion to file a reply memorandum in support of the Motion to Dismiss.

Respectfully submitted,

**Dated:** August 18, 2021

/s/  Lisa M. Tittemore
Lisa M. Tittemore (BBO #567941)
Kevin R. Mosier (BBO #703739)
**Sunstein LLP**
100 High Street, 20th Floor
Boston, MA 02110
Tel:    617-443-9292
Fax:    617-443-0004
ltittemore@sunsteinlaw.com
kmosier@sunsteinlaw.com

Kalpesh K. Shah (admitted *pro hac vice*)
Ruby H. Kazi (admitted *pro hac vice*)
Cristina Q. Almendarez (admitted *pro hac vice*)
**Benesch Friedlander Coplan & Aronoff LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Tel:    312-212-4979
kshah@beneschlaw.com
rkazi@beneschlaw.com
calmendarez@beneschlaw.com

*Attorneys for Defendants DNA TWOPOINTO INC. d/b/a ATUM, JEREMY MINSHULL*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I conferred with counsel for Plaintiff who assents to this request for leave to file a reply.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 18, 2021.

/s/ Kevin R. Mosier
Kevin R. Mosier